**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FAUSTINO ESQUIVEL-VIDAL,<br><br>Defendant. | Case No. 2:14-cr-00172-APG-NJK<br><br>**ORDER SETTING DEADLINE FOR GOVERNMENT TO RESPOND TO MOTION TO VACATE, SET ASIDE, OR CORRECT CRIMINAL CONVICTION AND SENTNCE PURSUANT TO 28 U.S.C. § 2255** |

Defendant Faustino Esquivel-Vidal has filed a motion under 28 U.S.C. § 2255 seeking to set aside his sentence and to calculate and impose a new sentence. ECF No. 41. The United States shall file a response to the motion, if it has any, no later than August 5, 2016. Defendant may file a reply in support of the motion within 30 days after the Government files its response.

DATED this 6th day of July, 2016.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE